FREDERICK VOSS, JR., an Infant, by Guardian, Respondent, *v.*
THE THIRD AVENUE RAILROAD Co., Appellant.

(Argued October 13, 1885; decided October 27, 1885.)

*Samuel Hand* for appellant.

*Benjamin M. Stilwell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.